UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON W. WIAND, as Receiver
for HOWARD WAXENBERG TRADING
L.L.C., HKW TRADING LLC, HKW
TRADING FUND I LLC, DOWNING
& ASSOCIATES TECHNICAL ANALYSIS
and the ESTATE OF HOWARD
WAXENBERG,

Plaintiff,

vs.                                                                          Case No.: 8:06-CV-1085-T-27MSS

DEBRA MITCHELL,

Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Motion to Dismiss Complaint with Prejudice (Dkt. 10), to which Plaintiff has responded in opposition (Dkt. 11), and to which Defendant filed a reply, with leave of court (Dkt. 12).

This case is related to approximately seventy other cases filed by the Receiver, Burton W. Wiand, which have been referred to the Magistrate Judge for consolidated pretrial proceedings. However, because Defendant filed the instant motion to dismiss beyond the date established by the Magistrate Judge, this motion was not addressed by the Report and Recommendation issued by the Magistrate in fourteen of the related cases.[1]

---

[1] 8:05-cv-1856-T-27MSS, 8:06-cv-609-T-27MSS, 8:06-cv-611-T-27MSS, 8:06-cv-618-T-27MSS, 8:06-cv-631-T-27MSS, 8:06-cv-643-T-27MSS, 8:06-cv-647-T-27MSS, 8:06-cv-648-T-27MSS, 8:06-cv-649-T-27MSS, 8:06-cv-650-T-27MSS, 8:06-cv-651-T-27MSS, 8:06-cv-699-T-27MSS, 8:06-cv-703-T-27MSS, 8:06-cv-706-T-27MSS

1

In this motion, Defendant makes substantially the same arguments made by the Defendants in the fourteen cases addressed by the Magistrate's Report and Recommendation and this Court's Omnibus Order. The Court finds that Defendant's motion is due to be granted in part and denied in part for the reasons set forth in the Court's Omnibus Order. Upon consideration, it is

**ORDERED AND ADJUDGED** that:

1)      Defendant's Motion to Dismiss Complaint with Prejudice (Dkt. 10) is **GRANTED IN PART** and **DENIED IN PART**. Specifically: the claim pursuant to FUFTA (Count I) is dismissed without prejudice; (b) the claim for disgorgement (Count III) is dismissed with prejudice; (c) the Estate of Howard Waxenberg is dismissed with prejudice as a party; and (d) Downing & Associates Technical Analysis is dismissed without prejudice as a party;

2)      The Omnibus Order issued by the Court in the fourteen related cases is attached and hereby made a part of this Order for all purposes, including appellate review.

3)      The Receiver is granted leave to amend the complaint within thirty (30) days of the date of this Order.

**DONE AND ORDERED** in chambers this 27th day of March, 2007.

_____
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record

2